THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON 
 AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Michael V. Smith,       
Appellant.
 
 
 

Appeal From Greenville County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2004-UP-402
Submitted April 21, 2004  Filed June 
 22, 2004

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Michael Smith pled guilty to 
 two counts of kidnapping, armed robbery, and first-degree burglary.  He was 
 sentenced to concurrent sentences of 30 years for both counts of kidnapping, 
 30 years for armed robbery, and 50 years for burglary.  Smith appeals, arguing 
 his guilty plea did not comply with the mandates set forth in Boykin v. Alabama, 
 395 U.S. 238 (1969).  On appeal, counsel for Smith has filed a brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967), asserting that there were 
 no meritorious grounds for appeal and requesting permission to withdraw from 
 further representation.  Smith has not filed a pro se response.  

After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
GOOLSBY, HOWARD, and BEATTY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.